# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Pikeville Division**

| | |
|---|---|
| Audra Stamper )<br>  *Plaintiff* )<br> )<br>v. )<br> )<br>Midland Funding, LLC )<br>  *Defendant* )<br>Serve: )<br>  CSC-Lawyer's Incorporating )<br>    Service Company )<br>  421 W. Main )<br>  Frankfort, KY 40601 )<br> )<br>_____) | Case No. |

## COMPLAINT and DEMAND FOR JURY TRIAL

### INTRODUCTION

  1. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA").

  2. Like many of her fellow citizens, Plaintiff Audra Stamper has struggled financially in the wake of the worst economic crisis to hit this country and the world since the Great Depression following the 1929 stock market crash. As result of her struggles, Ms. Stamper unfortunately defaulted on some of her debts. Defendant Midland Funding, LLC ("Midland") purchased one of these debts from the original creditor for pennies on the dollar.

  3. In attempting to collect this debt from Ms. Stamper, Midland added and accrued interest on the debt at the outrageously usurious rate of over 46% per annum. This and other acts violates the FDCPA.

### JURISDICTION

  4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

### PARTIES

  5. Plaintiff Audra Stamper is a natural person who resides in Knott County, Ky. Ms. Stamper is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

6. Defendant, Midland Funding, LLC, is a foreign limited liability company, which has registered with the Kentucky Secretary of State. Midland is engaged in the business of purchasing debt from creditors and collecting these debts from consumers in this state. Midland's principal place of business is located at 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108.

7. Midland regularly collects or attempts to collect debts owed or due or asserted to be owed or due another and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

8. Ms. Stamper applied for and received a credit card account with GE Money Bank in November 2007.

9. Ms. Stamper's credit card account with GE Money Bank was used to purchase goods and services used only for personal, family or household purposes, which makes the GE Money Bank debt a "debt" within the meaning of the FDCPA. 15 U.S.C. § 1692a(5).

10. Ms. Stamper fell behind on her payments on the GE Money Bank credit card debt, and the last payment was credited to her account on July 7, 2008.

11. GE Money Bank "charged off" Ms. Stamper's account as bad debt on February 3, 2009. The amount of the debt on that date was $1,111.16.

12. Upon information and belief, GE Money Bank or another assignor sold Ms. Stamper's debt to Midland Funding, LLC on or about May 14, 2012 and that $1,111.16 was still the balance due on the debt on the date of sale.

13. On August 30, 2012, Midland sent a dunning letter by and through its counsel to Ms. Stamper in an attempt to collect the debt.

14. In the August 30, 2012 letter, Midland stated that the balance due and owing on the debt was $1,428.74.

15. Midland sent another dunning letter to Ms. Stamper on January 17, 2013 that stated that the amount due on the debt was $1,462.83, which $351.67 more than the face value of the debt on the date that Midland purchased the debt. A copy of the letter is attached as Exhibit "A."

16. Midland's dunning letters were an attempt to collect a debt from Ms. Stamper within the meaning of the FDCPA.

17. There are 248 days between May 14, 2012 (the day that Midland acquired Ms. Stamper's GE Money Bank credit card debt) and January 17, 2013 (the day of Midland's second dunning letter).

18. Assuming simple interest, Midland accrued interest and/or fees on Ms. Stamper's GE Money Bank credit card debt at a rate of $1.42 per day ($351.67/248 days).

19. This means that Midland accrued interest on Ms. Stamper's GE Money Bank credit card debt at a rate of $517.58 per annum ($1.42 x 365 days).

20. Consequently, Midland's January 17, 2013 dunning letter attempted to collect interest from Ms. Stamper accrued at the outrageous usurious rate of over 46% per annum ($517.58/$1,111.16).

21. Midland had no legal right to charge and accrue usurious interest on Ms. Stamper's GE Money Bank credit card debt.

### Claims for Relief: Violation of the Fair Debt Collection Practices Act

22. The foregoing acts and omissions of Midland Funding, LLC constitute violations of the FDCPA, including, but not limited to:

    **a.** Violation of 15 U.S.C. §1692e(2)(A): Midland falsely represented the amount owed on the GE Money Bank debt by adding interest or fees to the debts that Midland had no legal right to collect from Ms. Stamper;

    **b.** Violation of 15 U.S.C. §1692e(5): Midland attempted to collect interest on the GE Money Bank debt that Midland had no legal right to collect from Ms. Stamper, thereby threatening to take an action that cannot legally be taken;

    **c.** Violation of 15 U.S.C. §1692e(10): Midland falsely represented the amount owed on the GE Money Bank debt by adding interest or fees to the debts that Midland had no legal right to collect from Ms. Stamper, and that Midland knew, or should have known, that it had no right to request from a court of competent jurisdiction; and

    **e.** Violation of 15 U.S.C. § 1692f(1): Midland attempted to collect an amount not "authorized by the agreement creating the debt or permitted by law" in violation of 15 U.S.C. § 1692f(1) by, including but not limited to attempting to collect interest and/or fees on the GE Money Bank debt that Midland had neither a contractual nor statutory right to collect.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Audra Stamper requests that the Court grant the following relief:

1. Award Plaintiff actual damages;

2. Award Plaintiff statutory damages;

3. Award Plaintiff reasonable attorney's fees and costs; and

-4-

4. Such other relief as may be just and proper.

        Respectfully submitted,

        /s/ James H. Lawson
        **James H. Lawson**
        *Lawson at Law, PLLC*
        4055 Shelbyville Road
        Suite B
        Louisville, KY 40207
        Tel: (502) 473-6525
        Fax: (502) 473-6561
        james@kyclc.com