# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Pikeville Division**

| | |
|---|---|
| Audra Stamper )<br>    *Plaintiff* )<br>    )<br>v. )<br>    )<br>Midland Funding, LLC )<br>    *Defendant* )<br>    ) | Case No.    7:14-cv-00003-ART |

## Notice of Settlement

Please take notice that Plaintiff has reached a settlement with Defendant Midland Funding, LLC ("Midland"). Once the settlement is final, Plaintiff will file a Notice of Voluntary Dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
4055 Shelbyville Road
Suite B
Louisville, KY 40207
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@kyclc.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of April, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

  Reid S. Manley
  Burr & Forman LLP
  420 North 20th Street, Suite 3100
  Birmingham, AL 35203
  Email: rmanley@burr.com

                                      /s/ James H. Lawson
                                      James H. Lawson
                                      *Counsel for Plaintiff*